IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN ALEXANDER            )
APARICIO ORELLANA,         )
                           )
        Petitioner,        )
                           )
    v.                     )        3:26cv764
                           )        **Electronic Filing**
TODD BLANCHE,              )
MARKWAYNE MULLIN,          )
TODD M. LYONS, LEONARD ODDO, )
                           )
        Respondents.       )

## MEMORANDUM ORDER

AND NOW this 15th day of July, 2026, upon due consideration of the respondents' motion to extend the date by which to conduct the individualized bond hearing mandated by this Court's Judgment Order of June 8, 2026, IT IS ORDERED that the motion be, and the same hereby is, granted in part. The date by which Respondents shall comply with the Judgment Order or release petitioner is extended until July 22, 2026. There is a meaningful distinction between an inadvertent oversight by local counsel for respondents and an unexplained or intentional failure of respondents to comply with the orders of this court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    Joseph Sonson, AUSA
       Christopher M. Casazza, Esquire

       (*Via CM/ECF Electronic Mail*)